IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01979-PSF-MJW

RICHARD DIVELBISS,

      Plaintiff,

v.

SINTON DAIRY FOODS COMPANY, L.L.C.; and
NATIONAL DAIRY HOLDINGS, L.P.,

      Defendants.

---

## ORDER RE: DISMISSAL PAPERS

---

In light of the parties' Notice of Settlement (Dkt. # 36), filed on October 24, 2006, the Court ORDERS that dismissal papers are to be filed <u>no later than October 31, 2006</u>.

      DATED:  October 25, 2006

                            BY THE COURT:

                            *s/ Phillip S. Figa*

                            _____
                            Phillip S. Figa
                            United States District Judge