IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01979-PSF-MJW

RICHARD DIVELBISS,

    Plaintiff,

v.

SINTON DAIRY FOODS COMPANY, L.L.C.; and
NATIONAL DAIRY HOLDINGS, L.P.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 42). The Court being fully advised, hereby ORDERS that this matter is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: November 16, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge